AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Middle District of Alabama

Randy Cornelius et al

V.

City of Andalusia, Alabama et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06CV312-DRB

**RETURNED AND FILED**

APR 1 2 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

TO: (Name and address of Defendant)

Keith Kipp
Alabama-Forestry Commission Ranger Headquarters
Highway 84 East
Andalusia, AL 36420

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

J. Scott Hooper
The Hooper Law Firm, PC
P.O. Box 230894
Montgomery, AL 36123-0894

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(By) DEPUTY CLERK

DATE April 6, 2006

AO 440 (Rev. 8/01) Summons in a Civil Action

RECEIVED

## RETURN OF SERVICE

Service of the Summons and complaint was made by me(1)  
DATE: 4-10-06

2006 APR 12 A 10: 56

NAME OF SERVER (PRINT): Justin Mitchell  
TITLE: Server

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Cpt. Herring

☐ Returned unexecuted:

☒ Other (specify): Place of employment  
Hwy 84 West  
Andelusia, AL 36420

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4-10-06  
Date

Signature of Server

25704 Straughn School Rd.  
Andalusia, AL 36421  
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

___Middle___ District of ___Alabama___

Randy Cornelius et al

V.

City of Andalusia, Alabama et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06CV312-DRB

**RETURNED AND FILED**

APR 1 2 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

TO: (Name and address of Defendant)

City of Andalusia
505 East Three Notch St.
Andalusia, AL 36420

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

J. Scott Hooper
The Hooper Law Firm, PC
P.O. Box 230894
Montgomery, AL 36123-0894

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
CLERK

April 6, 2006
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 4-10-06 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Justin Mitchell | Server |

RECEIVED
2006 APR 12 A 10: 26

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: City Clerk Thompson 505 East Three Notch St. Andelusia, AL 36420

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4-10-06
Date

Signature of Server: /s/ Mitchell

Address of Server: 25704 Straughn School Rd. Andelusia, AL 36420

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Randy Cornelius et al

V.

City of Andalusia, Alabama et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

TO: (Name and address of Defendant)

Andy Willis
Covington Electric Cooperative Inc
18836 US Highway 84
Andalusia, AL 36420

**RETURNED AND FILED**

APR 1 2 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

J. Scott Hooper
The Hooper Law Firm, PC
P.O. Box 230894
Montgomery, AL 36123-0894

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE April 6, 2006

AO 440 (Rev. 8/01) Summons in a Civil Action

RECEIVED

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 4-10-06 |

2006 APR 12 A 10: 55

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Justin Mitchell | Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 18836 US Hwy 84
Place of Employment     Andalusia, AL 36420

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-10-06
_____
Date

_[Signature]_
Signature of Server

25704 Straughn School Rd.
Andalusia, AL 36421
_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.