IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **RANDY CORNELIUS, et al** ) | |
| ) | |
| ) | **Case No.: 2:06 CV 312- DRB** |
| **Plaintiffs,** ) | |
| ) | |
| **V.** ) | |
| ) | |
| **CITY OF ANDALUSIA, ALABAMA et al.** ) | |
| ) | |
| **Defendants.** ) | |

### MOTION FOR MORE DEFINITE STATEMENT

Pursuant to F.R.C.P. Rule 12(e), defendant Keith Kipp moves the court to order a more definite statement of the facts from the plaintiffs so that a responsive pleading may be framed and for grounds shows the court the following:

1. The complaint is vague as to whether Kipp is being sued in his official or individual capacities or both.

2. Kipp intends to raise the defense of qualified immunity which should be resolved "at the earliest possible stage in the litigation." *Mitchell v. Forsyth,* 472 U.S. 511, 105 S.Ct. 2806, 2815, 86 L.Ed.2d 411 (1985). Paragraph 21 of the complaint alleges that defendant made a cell phone call to Kipp "for the purpose of arresting Plaintiffs" yet is silent as to the contents of the call or as to any factual basis for the allegation. Paragraph 50 alleges Willis made a false report to Kipp without alleging any facts as to the contents of the report, when it was made and why it was false. Such facts are needed in order for the court to determine whether

arguable probable cause existed for the investigatory stop and seizure of the plaintiffs.

Given the above noted defects in the complaint, Kipp respectfully requests that the court order the plaintiffs to provide a more definite statement of the facts.

Respectfully submitted,

s/ William A. Gunter
William A. Gunter (GUN005)
Deputy Legal Counsel
Counsel for Kipp

Alabama Department of Conservation
and Natural Resources
Room 474
64 N. Union Street
Montgomery, Alabama 36130
(334) 242-3254  (OFFICE)
(334) 242-3167 (FAX)
william.gunter@dcnr.alabama.gov

### CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2006 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John Scott Hooper.

Respectfully submitted,

s/ William A. Gunter
William A. Gunter (GUN005)