IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RANDY CORNELIUS, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 2:06-cv-312-DRB ) |
| CITY OF ANDALUSIA, ALABAMA, et al., | ) ) ) |
| Defendants. | ) ) |

## ANSWER OF THE CITY OF ANDALUSIA

Defendant the City of Andalusia, Alabama, answers the plaintiffs' Complaint as follows.

## JURISDICTION

The City of Andalusia admits that the Court has subject matter jurisdiction over this action.

## PARTIES

1. The City of Andalusia is without knowledge or information sufficient to form a belief as to the truth of Paragraph 1. Therefore, it is denied.

2. The City of Andalusia is without knowledge or information sufficient to form a belief as to the truth of Paragraph 2. Therefore, it is denied.

3. The City of Andalusia admits that it is a municipality in Covington County, Alabama, and that the Court has subject matter jurisdiction over this action. The City of Andalusia denies the remainder of Paragraph 3.

4. The City of Andalusia is without knowledge or information sufficient to form a belief as to the truth of Paragraph 4. Therefore, it is denied.

5. The City of Andalusia is without knowledge or information sufficient to form a belief as to the truth of Paragraph 5. Therefore, it is denied.

6. The City of Andalusia denies Paragraph 6. Fictitious party pleading is not allowed under the Federal Rules of Civil Procedure.

## FACTUAL ALLEGATIONS

7. The City of Andalusia is without knowledge or information sufficient to form a belief as to the truth of Paragraph 7. Therefore, it is denied.

8. The City of Andalusia is without knowledge or information sufficient to form a belief as to the truth of Paragraph 8. Therefore, it is denied.

9. The City of Andalusia is without knowledge or information sufficient to form a belief as to the truth of Paragraph 9. Therefore, it is denied.

10. The City of Andalusia is without knowledge or information sufficient to form a belief as to the truth of Paragraph 10. Therefore, it is denied.

11. The City of Andalusia is without knowledge or information sufficient to form a belief as to the truth of Paragraph 11. Therefore, it is denied.

12. The City of Andalusia is without knowledge or information sufficient to form a belief as to the truth of Paragraph 12. Therefore, it is denied.

13. Denied.

14. Denied as stated.

15. Denied as stated.

16. Denied.

17. The City of Andalusia denies any of its officers established a roadblock. The City of Andalusia is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 17. Therefore, they are denied.

18. The City of Andalusia is without knowledge or information sufficient to form a belief as to the truth of Paragraph 18. Therefore, it is denied.

19. The City of Andalusia admits the plaintiffs were released. The City of Andalusia denies the remaining allegations of Paragraph 19.

20. The City of Andalusia admits Mr. Cornelius drove away after the traffic stop. The City of Andalusia denies the remaining allegations of Paragraph 20.

21. The City of Andalusia is without knowledge or information sufficient to form a belief as to the truth of Paragraph 21. Therefore, it is denied.

22. Denied.

## COUNT ONE

23. The City of Andalusia adopts and incorporates by reference its responses to the preceding paragraphs as if fully set forth verbatim herein.

24. Admitted.

25. Denied.

26. Denied.

## COUNT TWO

27.     The City of Andalusia adopts and incorporates by reference its responses to the preceding paragraphs as if fully set forth verbatim herein.

28.     Admitted.

29.     Denied.

30.     Denied.

## COUNT THREE

31.     The City of Andalusia adopts and incorporates by reference its responses to the preceding paragraphs as if fully set forth verbatim herein.

32.     Denied.

33.     Denied.

34.     Denied.

## COUNT FOUR

35.     The City of Andalusia adopts and incorporates by reference its responses to the preceding paragraphs as if fully set forth verbatim herein.

36.     The City of Andalusia denies Keith Kipp acted on its behalf.  The City of Andalusia admits its officers act in an official capacity.  The City of Andalusia admits that the use of deadly force is constrained by law.  The City of Andalusia denies the plaintiffs' allegations of deadly force.

37.     Denied.

38.     Denied.

## COUNT FIVE

39.     The City of Andalusia adopts and incorporates by reference its responses to the preceding paragraphs as if fully set forth verbatim herein.

40.     The City of Andalusia admits it has a duty to train its officers on the use of deadly force, but denies it breached that duty.

41.     Denied.

42.     Denied.

## COUNT SIX

43.     The City of Andalusia adopts and incorporates by reference its responses to the preceding paragraphs as if fully set forth verbatim herein.

44.     Denied.

45.     Denied.

46.     Denied.

## COUNT SEVEN

47.     The City of Andalusia adopts and incorporates by reference its responses to the preceding paragraphs as if fully set forth verbatim herein.

48.     Denied.

## COUNT EIGHT

49. The City of Andalusia adopts and incorporates by reference its responses to the preceding paragraphs as if fully set forth verbatim herein.

50. The City of Andalusia is without knowledge or information sufficient to form a belief as to the truth of Paragraph 50. Therefore, it is denied.

51. The City of Andalusia is without knowledge or information sufficient to form a belief as to the truth of Paragraph 51. Therefore, it is denied.

## COUNT NINE

52. The City of Andalusia adopts and incorporates by reference its responses to the preceding paragraphs as if fully set forth verbatim herein.

53. The City of Andalusia is without knowledge or information sufficient to form a belief as to the truth of Paragraph 53. Therefore, it is denied.

54. The City of Andalusia is without knowledge or information sufficient to form a belief as to the truth of Paragraph 54. Therefore, it is denied.

## FIRST DEFENSE

The City of Andalusia pleads that the entire Complaint fails to state a claim against it upon which relief can be granted.

## SECOND DEFENSE

The City of Andalusia pleads Code of Alabama § 6-5-338 (1975) as a defense.

## THIRD DEFENSE

The City of Andalusia pleads Code of Alabama § 11-47-190 (1975) as a defense.

## FOURTH DEFENSE

The City of Andalusia pleads the doctrine of immunity as a defense.

## FIFTH DEFENSE

The City of Andalusia pleads that punitive damages are not recoverable from a municipality under state or federal law.

## SIXTH DEFENSE

The City of Andalusia pleads the defense of contributory negligence.

## SEVENTH DEFENSE

The City of Andalusia pleads justification as a defense, to include Code of Alabama §§ 13A-3-22, -23, and -27 and 15-5-30 (1975).

        **/s/ James H. Pike**
        James H. Pike  (PIK003)
        Attorney for Defendant
        The City of Andalusia, Alabama

OF COUNSEL:

COBB, SHEALY, CRUM & DERRICK, P.A.
P.O. Box 6346
Dothan, Alabama 36302-6346
Tel. (334) 677-3000
Fax (334) 677-0030
E-mail: jpike@cobb-shealy.com

**CERTIFICATE OF SERVICE**

    I, James H. Pike, certify that on April 29, 2006, I electronically served a copy of this document upon:

    J. Scott Hooper
    The Hooper Law Firm, P.C.
    P.O. Box 230894
    Montgomery, Alabama  36123-0894

    Michael S. Burroughs
    Burroughs & Guin, L.L.P.
    P.O. Box 1908
    Tuscaloosa, Alabama  35403-1908

    William A. Gunter, IV
    Alabama Department of Conversation and Natural Resources
    64 North Union Street, Suite 474
    Montgomery, Alabama  36130

        **/s/ James H. Pike**
        James H. Pike