IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **RANDY CORNELIUS, et al.,** | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 2:06-cv-312-DRB |
| **CITY OF ANDALUSIA, ALABAMA, et al.,** | ) |
| Defendants. | ) |

### MOTION TO STRIKE

Pursuant to Federal Rule of Civil Procedure 12(f), defendant the City of Andalusia, Alabama, makes a motion to strike (1) the plaintiffs' fictitious party claims and (2) the punitive damages claims against the City of Andalusia.

**1.    Fictitious Party Claims**

Fictitious party pleading is not permitted by the Federal Rules of Civil Procedure.  See Lowe v. Smith, No. 05-cv-1181-WKW, 2006 U.S. Dist. LEXIS 4896, at *5 (M.D. Ala. Jan. 25, 2006) (Watkins, J.) ("The Federal Rules of Civil Procedure do not provide for fictitious party practice."); Sanders v. City of Union Springs, 405 F. Supp. 2d 1358, 1370 (M.D. Ala. 2005) (Fuller, C.J.) ("fictitious party practice is not allowed by the Federal Rules of Civil Procedure"); Hales v. City of Montgomery, 347 F. Supp. 2d 1167, 1173 (M.D. Ala. 2004) (McPherson, J.) ("the Federal Rules of Civil Procedure do not permit fictitious party practice"); McClure v. Houston County, 306 F. Supp. 2d 1160, 1161 n.1 (M.D. Ala. 2003) (Thompson, J.) ("fictitious party practice is not permitted in federal court");

1

Macelvain v. United States, No. 02-cv-102-DRB, 2002 U.S. Dist. LEXIS 23053, at *1 n.1 (M.D. Ala. Aug. 14, 2002) (Boyd, J.) ("Because fictitious party practice is not permitted under the Federal Rules of Civil Procedure, the fictitious defendants are due to be dismissed.").

2. **Punitive Damages Claims**

Punitive damages may not be recovered from a municipality under state or federal law. See City of Newport v. Fact Concerts, Inc., 453 U.S. 247, 271 (1981); Ala. Code § 6-11-26 (1975).

3. **Applicable Rule of Procedure**

Rule 12(f) states, "Upon motion made by a party before responding to a pleading … the court may order stricken from any pleading any … impertinent … matter."

4. **Conclusion**

The City of Andalusia moves to strike all fictitious party claims and the punitive damages claims against it.

/s/ James H. Pike
James H. Pike  (PIK003)
Attorney for Defendant
The City of Andalusia, Alabama

OF COUNSEL:

COBB, SHEALY, CRUM & DERRICK, P.A.
P.O. Box 6346
Dothan, Alabama 36302-6346
Tel. (334) 677-3000
Fax (334) 677-0030
E-mail: jpike@cobb-shealy.com

## CERTIFICATE OF SERVICE

I, James H. Pike, certify that on April 29, 2006, I electronically served a copy of this document upon:

J. Scott Hooper
The Hooper Law Firm, P.C.
P.O. Box 230894
Montgomery, Alabama  36123-0894

Michael S. Burroughs
Burroughs & Guin, L.L.P.
P.O. Box 1908
Tuscaloosa, Alabama  35403-1908

William A. Gunter, IV
Alabama Department of Conversation and Natural Resources
64 North Union Street, Suite 474
Montgomery, Alabama  36130

            **/s/ James H. Pike**
            James H. Pike