IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RANDY CORNELIUS, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Case No. 2:06-cv-312-WKW |
| CITY OF ANDALUSIA, ALABAMA, et al., | ) ) ) ) |
| Defendants. | ) |

**FIRST AMENDED ANSWER OF THE CITY OF ANDALUSIA**

Defendant the City of Andalusia, Alabama, answers the plaintiffs' Complaint as follows.

**JURISDICTION**

The City of Andalusia admits that the Court has subject matter jurisdiction over this action.

**PARTIES**

1. The City of Andalusia is without knowledge or information sufficient to form a belief as to the truth of Paragraph 1. Therefore, it is denied.

2. The City of Andalusia is without knowledge or information sufficient to form a belief as to the truth of Paragraph 2. Therefore, it is denied.

3. The City of Andalusia admits that it is a municipality in Covington County, Alabama, and that the Court has subject matter jurisdiction over this action. The City of Andalusia denies the remainder of Paragraph 3.

4.  The City of Andalusia is without knowledge or information sufficient to form a belief as to the truth of Paragraph 4. Therefore, it is denied.

5.  The City of Andalusia is without knowledge or information sufficient to form a belief as to the truth of Paragraph 5. Therefore, it is denied.

6.  The City of Andalusia denies Paragraph 6. Fictitious party pleading is not allowed under the Federal Rules of Civil Procedure.

## FACTUAL ALLEGATIONS

7.  The City of Andalusia is without knowledge or information sufficient to form a belief as to the truth of Paragraph 7. Therefore, it is denied.

8.  The City of Andalusia is without knowledge or information sufficient to form a belief as to the truth of Paragraph 8. Therefore, it is denied.

9.  The City of Andalusia is without knowledge or information sufficient to form a belief as to the truth of Paragraph 9. Therefore, it is denied.

10. The City of Andalusia is without knowledge or information sufficient to form a belief as to the truth of Paragraph 10. Therefore, it is denied.

11. The City of Andalusia is without knowledge or information sufficient to form a belief as to the truth of Paragraph 11. Therefore, it is denied.

12. The City of Andalusia is without knowledge or information sufficient to form a belief as to the truth of Paragraph 12. Therefore, it is denied.

13. Denied.

14. Denied as stated.

15. Denied as stated.

16. Denied.

17. The City of Andalusia denies any of its officers established a roadblock. The City of Andalusia is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 17. Therefore, they are denied.

18. The City of Andalusia is without knowledge or information sufficient to form a belief as to the truth of Paragraph 18. Therefore, it is denied.

19. The City of Andalusia admits the plaintiffs were released. The City of Andalusia denies the remaining allegations of Paragraph 19.

20. The City of Andalusia admits Mr. Cornelius drove away after the traffic stop. The City of Andalusia denies the remaining allegations of Paragraph 20.

21. The City of Andalusia is without knowledge or information sufficient to form a belief as to the truth of Paragraph 21. Therefore, it is denied.

22. Denied.

## COUNT ONE

23. The City of Andalusia adopts and incorporates by reference its responses to the preceding paragraphs as if fully set forth verbatim herein.

24. Admitted.

25. Denied.

26. Denied.

## COUNT TWO

27. The City of Andalusia adopts and incorporates by reference its responses to the preceding paragraphs as if fully set forth verbatim herein.

28. Admitted.

29. Denied.

30. Denied.

## COUNT THREE

31. The City of Andalusia adopts and incorporates by reference its responses to the preceding paragraphs as if fully set forth verbatim herein.

32. Denied.

33. Denied.

34. Denied.

## COUNT FOUR

35. The City of Andalusia adopts and incorporates by reference its responses to the preceding paragraphs as if fully set forth verbatim herein.

36. The City of Andalusia denies Keith Kipp acted on its behalf. The City of Andalusia admits its officers act in an official capacity. The City of Andalusia admits that the use of deadly force is constrained by law. The City of Andalusia denies the plaintiffs' allegations of deadly force.

37. Denied.

38. Denied.

## COUNT FIVE

39. The City of Andalusia adopts and incorporates by reference its responses to the preceding paragraphs as if fully set forth verbatim herein.

40. The City of Andalusia admits it has a duty to train its officers on the use of deadly force, but denies it breached that duty.

41. Denied.

42. Denied.

## COUNT SIX

43. The City of Andalusia adopts and incorporates by reference its responses to the preceding paragraphs as if fully set forth verbatim herein.

44. Denied.

45. Denied.

46. Denied.

## COUNT SEVEN

47. The City of Andalusia adopts and incorporates by reference its responses to the preceding paragraphs as if fully set forth verbatim herein.

48. Denied.

## COUNT EIGHT

49. The City of Andalusia adopts and incorporates by reference its responses to the preceding paragraphs as if fully set forth verbatim herein.

50. The City of Andalusia is without knowledge or information sufficient to form a belief as to the truth of Paragraph 50. Therefore, it is denied.

51. The City of Andalusia is without knowledge or information sufficient to form a belief as to the truth of Paragraph 51. Therefore, it is denied.

## COUNT NINE

52. The City of Andalusia adopts and incorporates by reference its responses to the preceding paragraphs as if fully set forth verbatim herein.

53. The City of Andalusia is without knowledge or information sufficient to form a belief as to the truth of Paragraph 53. Therefore, it is denied.

54. The City of Andalusia is without knowledge or information sufficient to form a belief as to the truth of Paragraph 54. Therefore, it is denied.

## FIRST DEFENSE

The City of Andalusia pleads that the entire Complaint fails to state a claim against it upon which relief can be granted.

**SECOND DEFENSE**

The City of Andalusia pleads Alabama Code section 6-5-338 (1975) as a defense.

**THIRD DEFENSE**

The City of Andalusia pleads Alabama Code section 11-47-190 (1975) as a defense.

**FOURTH DEFENSE**

The City of Andalusia pleads the doctrine of immunity as a defense.

**FIFTH DEFENSE**

The City of Andalusia pleads that punitive damages are not recoverable from a municipality under state or federal law.

**SIXTH DEFENSE**

The City of Andalusia pleads the defense of contributory negligence.

**SEVENTH DEFENSE**

The City of Andalusia pleads justification as a defense, to include Alabama Code sections 13A-3-22, 13A-3-23, 13A-3-27, and 15-5-30 (1975).

### EIGHTH DEFENSE

All state law claims by, or on behalf of, Casey Johnston are barred by the failure to file an ante litem notice of claim in accordance with Alabama Code sections 11-47-23 and 11-47-192 (1975).  See Parton v. Huntsville, 362 So. 2d 898 (Ala. 1978) (sworn claim requirement applies equally to claims asserted on behalf of minor child).

### NINTH DEFENSE

Camille and Edward Johnston lack standing to sue.

### TENTH DEFENSE

The City of Andalusia pleads State-agent immunity as a defense.

### ELEVENTH DEFENSE

The City of Andalusia pleads discretionary function immunity as a defense.

/s/ James H. Pike
James H. Pike  (PIK003)
Attorney for Defendant
The City of Andalusia, Alabama

OF COUNSEL:

COBB, SHEALY, CRUM & DERRICK, P.A.
P.O. Box 6346
Dothan, Alabama 36302-6346
Tel. (334) 677-3000
Fax (334) 677-0030
E-mail: jpike@cobb-shealy.com

## CERTIFICATE OF SERVICE

I, James H. Pike, certify that on May 8, 2006, I electronically served a copy of this document upon:

J. Scott Hooper
The Hooper Law Firm, P.C.
P.O. Box 230894
Montgomery, Alabama  36123-0894

Michael S. Burroughs
Burroughs & Guin, L.L.P.
P.O. Box 1908
Tuscaloosa, Alabama  35403-1908

William A. Gunter, IV
Alabama Department of Conversation and Natural Resources
64 North Union Street, Suite 474
Montgomery, Alabama  36130

/s/ James H. Pike
James H. Pike