IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RANDY CORNELIUS, et al., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-00312-WKW |
| | ) | |
| CITY OF ANDALUSIA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**<u>ORDER</u>**

This case is before the Court on a Motion for More Definite Statement (Doc. # 4) by Defendant Keith Kipp and a Motion to Strike (Doc. # 6 ) by Defendant City of Andalusia.  Plaintiffs were directed to show cause by May 15, 2006, why these motions should not be granted, but they have failed to do so.  Accordingly, it is ORDERED that

1.  the Motion for More Definite Statement (Doc. # 4) is GRANTED; and the plaintiffs shall file an amended complaint correcting the defects outlined in the defendant's motion; specifically, the amended complaint shall state: (a) whether Defendant Kipp is sued in his official or individual capacities or both; and (b) additional facts regarding Defendant Kipp for the purpose of determining whether he is entitled to qualified immunity;

2.  the Motion to Strike (Doc. # 6 ) is GRANTED;  and the plaintiffs' amended complaint shall correct the defects outlined in the defendant's motion; specifically, the amended complaint shall not contain fictitious party claims nor a claim for punitive damages against Defendant City of Andalusia;

3.  the plaintiffs shall filed an amended complaint **on or before July 13, 2006**.

DONE this the 15th day of June, 2006.

_____/s/  W.  Keith Watkins_____
UNITED STATES DISTRICT JUDGE