IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| RANDY CORNELIUS, § § § | |
| PLAINITFF § § | JURY TRIAL DEMANDED CASE NO. |
| VS § § | CV No. __2:06-cv-312 |
| THE CITY OF ANDALUSIA; § § | |
| ANDY WILLIS; and KEITH KIPP § § | |
| DEFENDANTS § | |

## MOTION FOR LEAVE TO WITHDRAW

COME Now Plaintiffs Camille Johnston, Edward Johnston as next friends and parents of Casey Johnston, a minor, by and through counsel and move for leave to withdraw as parties in this case and show as justification for the same as follows:

The above named parties no longer wish to participate in this case and respectfully request to withdraw.

Plaintiffs respectfully request this motion be GRANTED.

/s/J. Scott Hooper

of counsel:
The Hooper Law Firm, PC
P.O. Box 230894
Montgomery, AL 36123-0894
334-271-1555 Office

## CERTIFICATE OF SERVICE

      I, J. Scott Hooper, hereby certify that on July 13, 2006, I electronically served a copy of this document upon:

**James H. Pike**			jpike@comm-shealy.com

**Michael S. Burroughs**		efile@dbtech.net

**William A. Gunter**		william.gunter@dcnr.alabama.gov