# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **RANDY CORNELIUS,** § | |
| § | |
| § | |
| **PLAINITFF** § | **JURY TRIAL DEMANDED** |
| § | **CASE NO.** |
| **VS** § | **CV No.    2:06-cv-312** |
| § | |
| **THE CITY OF ANDALUSIA;** § | |
| § | |
| **ANDY WILLIS; and KEITH KIPP** § | |
| § | |
| **DEFENDANTS** § | |

### NOTICE OF WITHDRAWAL

COME Now Plaintiffs Camille Johnston, Edward Johnston as next friends and parents of Casey Johnston, a minor, by and through counsel and give notice of withdrawal as parties in this case.

The above named parties no longer wish to participate in this case as parties.

/s/J. Scott Hooper
**Attorney for Plaintiffs**

of counsel:
The Hooper Law Firm, PC
P.O. Box 230894
Montgomery, AL 36123-0894
334-271-1555 Office
334-271-1552 Facsimile
jshooper@knology.net

## CERTIFICATE OF SERVICE

      I, J. Scott Hooper, hereby certify that on July 13, 2006, I electronically served a copy of this document upon:

**James H. Pike**　　　　　jpike@comm-shealy.com

**Michael S. Burroughs**　　efile@dbtech.net

**William A. Gunter**　　　　william.gunter@dcnr.alabama.gov