IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RANDY CORNELIUS, et al., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF ANDALUSIA, et al., )<br>)<br>Defendants. ) | CASE NO. 2:06-CV-00312-WKW |

## ORDER

On July 13, 2006, the Plaintiff filed an amended complaint in compliance with this Court's June 15, 2006 Order. Only one of the original three plaintiffs was named in the Amended Complaint. The plaintiff also filed a Motion for Leave to Withdraw (Doc. # 13), a Notice of Withdrawal (Doc. # 14), and a Motion to Amend Complaint (Doc. # 15). As all of these motions are unnecessary in light of the filing of the Court-ordered Amended Complaint, it is ORDERED that the three motions are DENIED as MOOT.

Defendant Anthony Mark Willis filed a Motion to Stay Proceedings (Doc. # 12). It is ORDERED that the plaintiff shall show cause **on or before August 1, 2006**, why the motion should not be granted.

DONE this the 19th day of July, 2006.

                                        /s/  W. Keith Watkins
                                  UNITED STATES DISTRICT JUDGE