IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **RANDY CORNELIUS, et al.,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 2:06-cv-312-WKW |
| | ) |
| **CITY OF ANDALUSIA,** | ) |
| **ALABAMA, et al.,** | ) |
| | ) |
| Defendants. | ) |

## MOTION TO DISMISS CLAIMS OF RANDY CORNELIUS

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, defendant the City of Andalusia, Alabama, makes a motion to dismiss Randy Cornelius's claims against it for failure to state a claim upon which relief can be granted. A supporting memorandum is filed with this Motion.

/s/ James H. Pike
James H. Pike  (PIK003)
Attorney for Defendant
The City of Andalusia, Alabama

OF COUNSEL:

COBB, SHEALY, CRUM & DERRICK, P.A.
P.O. Box 6346
Dothan, Alabama 36302-6346
Tel. (334) 677-3000
Fax (334) 677-0030
E-mail: jpike@cobb-shealy.com

## **CERTIFICATE OF SERVICE**

I, James H. Pike, certify that on July 24, 2006, I electronically served a copy of this document upon:

J. Scott Hooper
The Hooper Law Firm, P.C.
P.O. Box 230894
Montgomery, Alabama  36123-0894

Michael S. Burroughs
Burroughs & Guin, L.L.P.
P.O. Box 1908
Tuscaloosa, Alabama  35403-1908

William A. Gunter, IV
Alabama Department of Conversation and Natural Resources
64 North Union Street, Suite 474
Montgomery, Alabama  36130


    **/s/ James H. Pike**
    James H. Pike