IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RANDY CORNELIUS, et al., | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-CV-00312-WKW |
| CITY OF ANDALUSIA, et al., | ) |
| Defendants. | ) |

### ORDER

Upon consideration of Defendant Anthony Mark Willis's Motion to Stay Proceedings (Doc. # 12), it is hereby ORDERED that the Motion is GRANTED. The proceedings in this case are STAYED until September 26, 2006.

DONE this the 21st day of August, 2006.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE