IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RANDY CORNELIUS, et al., | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-CV-00312-WKW |
| CITY OF ANDALUSIA, et al., | ) |
| Defendants. | ) |

**ORDER**

It is ORDERED that Defendant Anthony Mark Willis shall file **on or before October 27, 2006**, a status report notifying the Court of the status of this case and, specifically, whether there is any reason why the stay in this case should not be lifted.

DONE this the 13th day of October, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE