IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| RANDY CORNELIUS, <br> CAMILLE and EDWARD <br> JOHNSTON, as next friends of <br> CASEY JOHNSTON, <br><br> PLAINTIFFS, <br><br> V. <br><br> THE CITY OF ANDALUSIA, <br> ANDY WILLIS, and KEITH KIPP, <br><br> DEFENDANTS. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO.: 2:06-cv-312 WKW <br> ) <br> ) <br> ) <br> ) <br> ) |

### STATUS REPORT OF DEFENDANT ANDY WILLIS

In response to the order of October 13, 2006, defendant Anthony Mark Willis informs the court that there is no reason why the stay in the case should not be lifted. His insurer is still in liquidation. However, the stay entered by the court hearing the liquidation has expired. In addition, the Alabama Insurance Guaranty Association has agreed to provide Willis with a defense in this case.

MICHAEL S. BURROUGHS

*Michael S. Burroughs*
Bar Number: ASB-0869-U83M
Attorney for Defendant Anthony Willis
Burroughs & Guin, LLP
P.O. Box 1908
Tuscaloosa, AL 35403-1908
Telephone: (205) 349-5470
Atty. Code: BUR-029
Email: efile@dbtech.net

## CERTIFICATE OF SERVICE

I certify that I have served this document in accordance with Rule 5 of the Alabama Rules of Civil Procedure on November 3, 2006, by mailing copies to: J. Scott Hooper, The Hooper Law Firm, PC, P. O. Box 23084, Montgomery, AL 36123-0894; James H. Pike, Cobb, Shealy, Crum & Derrick, PA, P. O. Box 6346, Dothan, AL 36302-6346; and Keith Kipp, Alabama Forestry Commission Ranger Headquarters, Highway 84 East, Andalusia, AL 36420.

*Michael S. Burroughs*