IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| RANDY CORNELIUS, et al ) | |
| ) | |
| ) | Case No.: 2:06 CV 312- WKW |
| **Plaintiffs,** ) | |
| ) | |
| V. ) | |
| ) | |
| CITY OF ANDALUSIA, ALABAMA et al. ) | |
| ) | |
| **Defendants.** ) | |

### MOTION TO DISMISS

Pursuant to F.R.C.P. Rule 12(b)(6), defendant Keith Kipp (Kipp) moves the court to dismiss the amended complaint herein for the following grounds:

1. The complaint fails to state a claim upon which relief can be granted.

2. Kipp asserts the defense of qualified immunity which should be resolved "at the earliest possible stage in the litigation." *Mitchell v. Forsyth,* 472 U.S. 511, 105 S.Ct. 2806, 2815, 86 L.Ed.2d 411 (1985).

3. The amended complaint failed to comply with the court's order for a more definite statement of the facts.

4. A brief in support of this motion is filed herewith.   .

                        Respectfully submitted,

                        s/ William A. Gunter
                        William A. Gunter (GUN005)
                        Deputy Legal Counsel
                        Counsel for Kipp

Alabama Department of Conservation
and Natural Resources
Room 474
64 N. Union Street
Montgomery, Alabama 36130
(334) 242-3254  (OFFICE)
(334) 242-3167 (FAX)
william.gunter@dcnr.alabama.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on November 16, 2006 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John Scott Hooper
The Hooper Law Firm, P.C.
P.O. Box 230894
Montgomery, Alabama 36123-0894

Michael S. Burroughs
Burroughs & Guin, L.L.P.
P.O. Box 1908
Tuscaloosa, Alabama 35403-1908

James H. Pike
Cobb, Shealy, Crum & Derrick, P.A.
P.O. Box 6346
Dothan, Alabama 36302-6346

                Respectfully submitted,

                s/ William A. Gunter
                William A. Gunter (GUN005)