IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RANDY CORNELIUS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-00312-WKW |
| ) | |
| CITY OF ANDALUSIA, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of the Status Report of Defendant Andy Willis (Doc. # 24), it is ORDERED that the stay is lifted.

DONE this 20th day of November, 2006.

           /s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE