IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RANDY CORNELIUS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:06-CV-00312-WKW |
| | ) |
| CITY OF ANDALUSIA, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of Defendant City of Andalusia's Motion to Dismiss Claims of Camille and Edward Johnston (Doc. # 18) and Motion to Dismiss Claims of Randy Cornelius (Doc. # 19), it is ORDERED that the motions be submitted without oral argument on **December 11, 2006.**

It is further ORDERED that the plaintiff file responses which shall include a brief **on or before December 4, 2006.** The defendant may file a reply brief on or before **December11, 2006.**

**Briefs in support of or in opposition to any motion or application to the Court should not exceed 25 pages. In all cases in which briefs exceed 25 pages, counsel must include a table of contents indicating the main sections of the brief, the principal arguments and citations to primary authority made in each section, and the pages on which each section and any sub-sections may be found.**

**The parties are further advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned. For those submissions (including briefs and evidentiary materials) that exceed 25 pages, the courtesy copy shall be bound in a three-ring binder and tabbed.**

DONE this 21st day of November, 2006.

                                               /s/  W.  Keith Watkins
                                          UNITED STATES DISTRICT JUDGE