**Exhibit "A"**

## AFFIDAVIT OF RANDY CORNELIUS

STATE OF ALABAMA )
)
COVINGTON COUNTY )

The witness being first being duly sworn, deposes and says on oath that he has personal knowledge of the facts stated herein as follows:

My name is Randy Cornelius, I am over the age of nineteen, and a resident of Covington County, Alabama.

1. On November 13, 2004 I had been hunting with a friend on leased land that I am a lessee and have full legal rights therein in Covington County, Alabama.
2. After dark I attempted to exit the leased property and was confronted by a man in a vehicle that was blocking my exit driveway from the property. The man would not move at my request but did ask me what I was doing on the property. I told him I was hunting.
3. I was able to go around his vehicle by driving in a ditch and did enter the public road which is Fletcher Road near Andalusia, Alabama.
4. While driving toward Andalusia, the man that attempted to keep me from exiting the property followed me with his bright lights on my vehicle at a very close distance at the rear of my vehicle. I stopped and walked back toward his vehicle to confront him again but he backed up and avoided any conversation with me.
5. I again proceeded toward Andalusia and before reaching River Falls Street, four City of Andalusia Police cars were blocking the road and I stopped at the road block by the Police cars on Fletcher Road.
6. Two of the Policemen had their guns pointed at me and demanded that I exit my car and place my hands on my head. I got out of my car and asked what was going on for them to be doing this to me and my friend.
7. The policemen continued to demand that I raise my hands and one of the policemen began shaking with his gun pointed at me and his finger squeezing the trigger. I was in fear of being shot either intentionally or by mistake as the officer seemed unusually excited and upset.
8. I raised my hands as ordered. A uniformed game warden was with the policemen and placed hand cuffs on me by placing my arms and hands behind me and made me lean face forward over the car.
9. The police searched my car without my permission.
10. The game warden began questioning me as to my authority of being on the subject land that I had been hunting upon before entering Fletcher Road. I asked who reported any wrongful act by me and he refused to tell me who if anybody reported anything to him (game warden).

page 1 of 2

11. I told who I was and that I was leasing the land together with Tex Powell and had full legal authority to be on the land for hunting purposes.
12. The game warden would not believe me and demanded that I prove that I had leased the property. I stated that I did lease the land and could prove that I was leasing the land but I did not have the lease documents with me. He began calling on his cell phone to others to attempt to verify my position in this matter.
13. After an extended period of time, someone he called did verify my lease of the property and he took the cuffs off of me. He stated that I was not under arrest and was allowed to leave. I argued that I had been arrested and did not approve of the way this event was handled.
14. The police together with the game warden stated that I was allowed to exit the scene at that time.
15. After a period of time, I was able to calm down from the trauma in which I had been exposed and was able to leave the scene in my vehicle with my young friend.
16. I have been traumatized in anticipation of being shot by police, humiliated on a public road, had my vehicle searched unlawfully, been arrested without cause, placed in fear of my life, and suffer from the events of November 13, 2004 daily. This event has changed my life and I continue to suffer from the trauma from having police point and hold loaded guns at me and having hand cuffs put on me without cause.

Further deponent saith not.

_____
Randy Cornelius

SWORN TO AND SUBSCRIBED before me this the ____ day of December, 2006, in Covington County, Alabama witness my hand and official seal of office.

_____
Notary Public, State at Large
My commission expires 5-18-08

Prepared by:
J. Scott Hooper
The Hooper Law Firm, P.C.
P.O. Box 230894
Montgomery, AL 36123-0894
334-271-1555 Office
334-271-1552 Facsimile

(SEAL)

page 2 of 2