IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **RANDY CORNELIUS, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Case No. 2:06-cv-312-WKW |
| | ) |
| **CITY OF ANDALUSIA,** | ) |
| **ALABAMA, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## REPLY IN SUPPORT OF MOTION TO DISMISS

Defendant the City of Andalusia, Alabama, submits this reply in support of its motions to dismiss the claims of Camille and Edward Johnston (Doc. 18) and Randy Cornelius (Doc. 19).

The City of Andalusia filed its motions to dismiss on July 24, 2006. (See Docs. 18 and 19.) On November 21, 2006, the Court ordered the Plaintiffs "to file responses which shall include a brief on or before December 4, 2006." (Doc. 28.)

On December 4, 2006, plaintiff Randy Cornelius filed an objection to defendant Keith Kipp's motion to dismiss. (See Doc. 29.) However, Cornelius's objection did not address the City's motion.

Plaintiffs Camille and Edward Johnston have not filed anything.

Based on the merits of the motions themselves and on the Plaintiffs' failure to file a response brief as required by the Court's order of November 21, 2006, the City of Andalusia requests the following relief:

1

2

(1)     An order dismissing the claims of Camille and Edward Johnston with prejudice as to all parties, pursuant to Rules 12(e) and 41(b) of the Federal Rules of Civil Procedure; and

(2)     An order dismissing Randy Cornelius's claims against the City of Andalusia with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

/s/ James H. Pike
James H. Pike  (PIK003)
Attorney for Defendant
The City of Andalusia, Alabama

OF COUNSEL:

COBB, SHEALY, CRUM, DERRICK & PIKE, P.A.
P.O. Box 6346
Dothan, Alabama 36302-6346
Tel. (334) 677-3000
Fax (334) 677-0030
E-mail: jpike@cobb-shealy.com

**CERTIFICATE OF SERVICE**

I, James H. Pike, certify that on December 11, 2006, I electronically served a copy of this document upon:

J. Scott Hooper
The Hooper Law Firm, P.C.
P.O. Box 230894
Montgomery, Alabama  36123-0894

Michael S. Burroughs
Burroughs & Guin, L.L.P.
P.O. Box 1908
Tuscaloosa, Alabama  35403-1908

William A. Gunter, IV
Alabama Department of Conservation and Natural Resources
64 North Union Street, Suite 474
Montgomery, Alabama  36130

                                          **/s/ James H. Pike**
                                          James H. Pike