IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| RANDY CORNELIUS, et al ) | |
| ) | |
| ) | Case No.: 2:06 cv 312- WKW |
| Plaintiffs, ) | |
| ) | |
| V. ) | |
| ) | |
| CITY OF ANDALUSIA, ALABAMA et al. ) | |
| ) | |
| Defendants. ) | |

### KIPP'S REPLY IN SUPPORT OF MOTION TO DISMISS

Defendant Keith Kipp (hereinafter "Kipp") respectfully submits this reply in support of his motion to dismiss the complaint:

In Document 29, styled "OBJECTION TO MOTION TO DISMISS", Plaintiff failed to address any of the issues raised in Kipp's motion to dismiss and merely repeated the vague and conclusory allegations contained in the complaint. Thus, the complaint is due to be dismissed.

Respectfully submitted,


/s/ William A. Gunter
_____
William A. Gunter (GUN005)
Deputy Legal Counsel for Kipp

Alabama Department of Conservation
and Natural Resources
Room 474
64 North Union Street
Montgomery, AL 36130
(334) 242-3254 (Office)
(334) 242-3167 (Fax)
William.Gunter@dcnr.alabama.gov (e-mail)

## CERTIFICATE OF SERVICE

      I hereby certify that on December 11, 2006 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John Scott Hooper
The Hooper Law Firm, P.C.
P.O. Box 230894
Montgomery, Alabama 36123-0894

Michael S. Burroughs
Burroughs & Guin, L.L.P.
P.O. Box 1908
Tuscaloosa, Alabama 35403-1908

James H. Pike
Cobb, Shealy, Crum & Derrick, P.A.
P.O. Box 6346
Dothan, Alabama 36302-6346

                                              Respectfully submitted,

                                              s/ William A. Gunter
                                              William A. Gunter (GUN005)