IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RANDY CORNELIUS, et al., | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-CV-00312-WKW |
| CITY OF ANDALUSIA, et al., | ) |
| Defendants. | ) |

## ORDER

This case is before the court on a Motion to Dismiss Claims of Camille and Edward Johnston (Doc. #18). The court deems the motion granted in part, denied in part. The motion to dismiss is granted pursuant to Federal Rule of Civil Procedure 41(a)(2). The court deems it appropriate and just to dismiss the claims of Camille Johnston and Edward Johnston without prejudice. The defendant's motion to dismiss the claims with prejudice pursuant to Federal Rules of Civil Procedure 12(e) and 41(b) is denied. It is ORDERED that the motion is GRANTED in part and DENIED in part.

DONE this 27th day of September, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE