IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **RANDY CORNELIUS, et al.,** | ) |
| | ) |
|    **Plaintiffs,** | ) |
| | ) |
| v. | )   Case No. 2:06-cv-312-WKW |
| | ) |
| **CITY OF ANDALUSIA,** | ) |
| **ALABAMA, et al.,** | ) |
| | ) |
|    **Defendants.** | ) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW The City of Andalusia, Alabama, a defendant in the above-captioned matter, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

**This party is a governmental entity.**

 

                                            **s/ James H. Pike**
                                            James H. Pike (PIK003)
                                            Attorney for Defendant
                                            The City of Andalusia, Alabama

OF COUNSEL:

SHEALY, CRUM & PIKE, P.C.
P.O. Box 6346
Dothan, Alabama 36302-6346
Tel. (334) 677-3000
Fax (334) 677-0030
E-mail: jpike@scplaw.us

## CERTIFICATE OF SERVICE

I, James H. Pike, certify that on December 6, 2007, I electronically served a copy of this document upon:

J. Scott Hooper
The Hooper Law Firm, P.C.
P.O. Box 230894
Montgomery, Alabama  36123-0894

Michael S. Burroughs
Burroughs & Guin, L.L.P.
P.O. Box 1908
Tuscaloosa, Alabama  35403-1908

William A. Gunter, IV
Alabama Department of Conservation and Natural Resources
64 North Union Street, Suite 474
Montgomery, Alabama  36130


**s/ James H. Pike**
James H. Pike