IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| RANDY CORNELIUS, § § § PLAINITFF § § § CASE NO. 2:06-CV-00312-WKW VS § § THE CITY OF ANDALUSIA et al § § Defendants § | |

MOTION TO CONTINUE

COMES Now J. Scott Hooper, counsel for Plaintiff, and respectfully moves this Honorable Court for a continuance in the date for Plaintiff to respond to the Order of the Court of November 28, 2007 requiring Plaintiff to move for leave to file and file Plaintiff's Second Amended Complaint and shows as justification for the same as follows:

Counsel for Plaintiff was not aware of the order of the Court until Saturday December 1, 2007 and did have Court appearances on Monday December 3, 2007 and Wednesday December 5, 2007. Plaintiff's counsel is a solo attorney firm and has not had adequate time to comply with the order of November 28, 2007.

Counsel respectfully requests an additional seven (7) days to respond and comply with the orders of this court.

Respectfully submitted this the 6th day of December 2007.

/s/J. Scott Hooper

of counsel:
The Hooper Law Firm, PC
P.O. Box 241493
Montgomery, AL 36124-1493
334-271-1555 Office
334-271-1552 Facsimile
jshooper@knology.net

Certificate of Service

The Clerk of this Court will electronically notify all applicable parties and or respective counsel at the filing of this document to the following:

Michael S. Burroughs
Burroughs & Guin, LLP
P.O. Box 1908
Tuscaloosa, AL 35403

James H. Pike
Shealey Crum & Pike
P.O. Box 6346
Dothan, AL 36302-6346

/s/ J. Scott Hooper