IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RANDY CORNELIUS, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 2:06-cv-312-WKW |
| | ) |
| CITY OF ANDALUSIA, ALABAMA, et al., | ) |
| | ) |
| Defendants. | ) |

## ANSWER TO AMENDED COMPLAINT

Defendant the City of Andalusia, Alabama, answers the plaintiff's Amended Complaint as follows.

## PARTIES

1. The City of Andalusia is without knowledge or information sufficient to form a belief as to the truth of Paragraph 1. Therefore, it is denied.

2. The City of Andalusia admits that it is a municipality in Covington County, Alabama. The City of Andalusia denies the remainder of Paragraph 2.

3. The City of Andalusia is without knowledge or information sufficient to form a belief as to the truth of Paragraph 3. Therefore, it is denied.

4. The City of Andalusia is without knowledge or information sufficient to form a belief as to the truth of Paragraph 4. Therefore, it is denied.

## FACTUAL ALLEGATIONS

5. The City of Andalusia is without knowledge or information sufficient to form a belief as to the truth of Paragraph 5. Therefore, it is denied.

6. The City of Andalusia is without knowledge or information sufficient to form a belief as to the truth of Paragraph 6. Therefore, it is denied.

7. The City of Andalusia is without knowledge or information sufficient to form a belief as to the truth of Paragraph 7. Therefore, it is denied.

8. The City of Andalusia is without knowledge or information sufficient to form a belief as to the truth of Paragraph 8. Therefore, it is denied.

9. The City of Andalusia is without knowledge or information sufficient to form a belief as to the truth of Paragraph 9. Therefore, it is denied.

10. The City of Andalusia is without knowledge or information sufficient to form a belief as to the truth of Paragraph 10. Therefore, it is denied.

11. The City of Andalusia denies that any of its officers established a roadblock. The City of Andalusia is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 11. Therefore, they are denied.

12. Denied as stated.

13. Denied as stated.

14. Denied.

15. The City of Andalusia is without knowledge or information sufficient to form a belief as to the truth of Paragraph 15. Therefore, it is denied.

16. The City of Andalusia admits the plaintiff was questioned about his authority to hunt on the land.

17. The City of Andalusia admits the plaintiffs were released. The City of Andalusia denies the remaining allegations of Paragraph 17.

18. Denied.

19. The City of Andalusia is without knowledge or information sufficient to form a belief as to the truth of Paragraph 19. Therefore, it is denied.

20. Denied.

## COUNT ONE

21. The City of Andalusia adopts and incorporates by reference its responses in the preceding paragraphs as if fully set forth verbatim herein.

22. This count has been dismissed and does not require a response.

23. This count has been dismissed and does not require a response.

24. This count has been dismissed and does not require a response.

## COUNT TWO

25. The City of Andalusia adopts and incorporates by reference its responses in the preceding paragraphs as if fully set forth verbatim herein.

26. This count has been dismissed and does not require a response.

27. This count has been dismissed and does not require a response.

28. This count has been dismissed and does not require a response.

## COUNT THREE

29. The City of Andalusia adopts and incorporates by reference its responses in the preceding paragraphs as if fully set forth verbatim herein.

30. This count has been dismissed and does not require a response.

31. This count has been dismissed and does not require a response.

32. This count has been dismissed and does not require a response.

## COUNT FOUR

33.     The City of Andalusia adopts and incorporates by reference its responses in the preceding paragraphs as if fully set forth verbatim herein.

34.     As to Andalusia police officers, only one of which was present during the incident, the City of Andalusia admits the allegations of Paragraph 34. However, the City of Andalusia denies that anyone used deadly force against the plaintiff. As to Defendant Kipp, the City of Andalusia denies that he acted on its behalf.

35.     Denied.

36.     Denied.

## COUNT FIVE

37.     The City of Andalusia adopts and incorporates by reference its responses in the preceding paragraphs as if fully set forth verbatim herein.

38.     This count has been dismissed and does not require a response.

39.     This count has been dismissed and does not require a response.

40.     This count has been dismissed and does not require a response.

## COUNT SIX

41.     The City of Andalusia adopts and incorporates by reference its responses in the preceding paragraphs as if fully set forth verbatim herein.

42.     This count does not require a response from the City of Andalusia.

## COUNT SEVEN

43.     The City of Andalusia adopts and incorporates by reference its responses in the preceding paragraphs as if fully set forth verbatim herein.

44. This count does not require a response from the City of Andalusia.

45. This count does not require a response from the City of Andalusia.

## COUNT EIGHT

46. The City of Andalusia adopts and incorporates by reference its responses in the preceding paragraphs as if fully set forth verbatim herein.

47. This count does not require a response from the City of Andalusia.

48. This count does not require a response from the City of Andalusia.

## FIRST DEFENSE

The City of Andalusia pleads that the entire Amended Complaint fails to state a claim against it upon which relief can be granted.

## SECOND DEFENSE

The City of Andalusia pleads Alabama Code section 6-5-338 (1975) as a defense.

## THIRD DEFENSE

The City of Andalusia pleads Alabama Code section 11-47-190 (1975) as a defense.

## FOURTH DEFENSE

The City of Andalusia pleads the doctrine of immunity as a defense.

## FIFTH DEFENSE

The City of Andalusia pleads that punitive damages are not recoverable from a municipality under state law. See Ala. Code § 6-11-26 (1975).

## SIXTH DEFENSE

The City of Andalusia pleads the defense of contributory negligence.

**SEVENTH DEFENSE**

The City of Andalusia pleads justification as a defense, to include Alabama Code sections 13A-3-22, 13A-3-23, 13A-3-27, and 15-5-30 (1975).

**EIGHTH DEFENSE**

The City of Andalusia pleads State-agent immunity as a defense.

**NINTH DEFENSE**

The City of Andalusia pleads discretionary function immunity as a defense.

        **s/ James H. Pike**
        James H. Pike  (PIK003)
        Attorney for Defendant
        The City of Andalusia, Alabama

OF COUNSEL:

SHEALY, CRUM & PIKE, P.C.
P.O. Box 6346
Dothan, Alabama 36302-6346
Tel. (334) 677-3000
Fax (334) 677-0030
E-mail: jpike@scplaw.us

**CERTIFICATE OF SERVICE**

I, James H. Pike, certify that on December 17, 2007, I electronically served a copy of this document upon:

J. Scott Hooper
The Hooper Law Firm, P.C.
P.O. Box 230894
Montgomery, Alabama  36123-0894

Michael S. Burroughs
Burroughs & Guin, L.L.P.
P.O. Box 1908
Tuscaloosa, Alabama  35403-1908

                                                          **s/ James H. Pike**
                                                          James H. Pike