IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **RANDY CORNELIUS, et al.,** | ) |
| | ) |
|     **Plaintiffs,** | ) |
| | ) |
| v. | )    Case No. 2:06-cv-312-WKW |
| | ) |
| **CITY OF ANDALUSIA,** | ) |
| **ALABAMA, et al.,** | ) |
| | ) |
|     **Defendants.** | ) |

### JOINT RULE 26(f) REPORT

    I.    Pursuant to Fed. R. Civ. P. 26(f), on December 18, 2007, the parties agreed on a discovery plan.

    II.    Pre-Discovery Disclosures. The parties will exchange by December January 18, 2008, the information required by Fed. R. Civ. P. 26(a)(1).

    III.    Discovery Plan. The parties jointly propose to the Court the following discovery plan:

        A.    Discovery will be needed on the following subjects:

            1.    The facts and circumstances surrounding the events made the basis of this lawsuit;

            2.    Expert witness opinions; and

            3.    The damages claimed by the plaintiff.

        B.    All discovery should be commenced in time to be completed by February 16, 2009.

        C.    A maximum of forty interrogatories should be allowed by each party to any other party.

      D.    A maximum of forty requests for production of documents and tangible things should be allowed by each party to any other party.

      E.    A maximum of forty requests for admission should be allowed by each party to any other party.

      F.    A maximum of seven depositions should be allowed by each party.

      G.    Each deposition should be limited to a maximum of seven hours, unless extended by agreement of parties.

      H.    Reports from retained experts under Rule 26(a)(2) should be due:

          1.    From the plaintiff by March 14, 2008; and

          2.    From the defendants by April 25, 2008.

      I.    Supplementations under Rule 26(e) should be due October 10, 2008.

IV.    Other Items.

      A.    The parties do not request a conference with the Court before entry of the scheduling order.

      B.    The parties request a pretrial conference on February 16, 2009.

      C.    The plaintiff should be allowed until February 8, 2008, to join additional parties and to amend the pleadings.

      D.    The defendants should be allowed until February 22, 2008, to join additional parties and to amend the pleadings.

      E.    All potentially dispositive motions should be filed by November 18, 2008.

      F.    Settlement cannot be evaluated prior to November 18, 2008.

      G.    Final lists of witnesses and exhibits under Rule 26(a)(3) should be due from the plaintiff by February 16, 2009.

    H.    Final lists of witnesses and exhibits under Rule 26(a)(3) should be due from the defendants by February 16, 2009, 2008.

    I.    Parties should have fourteen days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

    J.    The case should be ready for trial by March 16, 2009, and at this time, is expected to take approximately three days.

Dated: December 18, 2007.

                              **s/ J. Scott Hooper**
                              J. Scott Hooper (HOO027)
                              Attorney for Plaintiff
                              Randy Cornelius

OF COUNSEL:

THE HOOPER LAW FIRM, P.C.
P.O. Box 241943
Montgomery, Alabama  36124-1493
Tel. (334) 271-1555
Fax (334) 271-1552
E-mail: jshooper@knology.net

                              **s/ James H. Pike**
                              James H. Pike  (PIK003)
                              Attorney for Defendant
                              The City of Andalusia, Alabama

OF COUNSEL:

SHEALY, CRUM & PIKE, P.C.
P.O. Box 6346
Dothan, Alabama 36302-6346
Tel. (334) 677-3000
Fax (334) 677-0030
E-mail: jpike@scplaw.us

                                            **s/ Michael S. Burroughs**
                                            Michael S. Burroughs (BUR029)
                                            Attorney for Defendant
                                            Andy Willis

OF COUNSEL:

BURROUGHS & GUIN, L.L.P.
P.O. Box 1908
Tuscaloosa, Alabama 35403-1908
Tel. (205) 349-5470
Fax (205) 349-5220
E-mail: mike@bandg.net