**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                          TELEPHONE (334) 954-3600

December 19, 2007

# NOTICE OF CORRECTION

**From:** Clerk's Office

**Case Style:** Cornelius et al v. The City of Andalusia et al

**Case Number:** 2:06cv00312-WKW

**This Notice of Correction was filed in the referenced case this date to attach the correct PDF document previously attached to include electronic signatures.**

**The correct PDF document is attached to this notice for your review. Reference is made to document # 46 filed on December 19, 2007.**