IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__Northern__ DIVISION

Randy Cornelius, et al.
_____,  )
                                                                         )
         **Plaintiff,**                            )
                                                                    )
v.                                                                 )   CASE NO. __2:06-cv-312 WKW__

Andy Willis, et al.
_____,  )
                                                                          )
         **Defendants,**                       )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW __Andy Willis__, a __Defendant__ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [✓] This party is an individual, or
- [ ] This party is a governmental entity, or
- [ ] There are no entities to be reported, or
- [ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |

__1/2/2008__
Date

(Signature)

Michael S. Burroughs
(Counsel's Name)

**Andy Willis**
Counsel for (print names of all parties)

P. O. Box 1908
Tuscaloosa, AL 35403
Address, City, State Zip Code

205-349-5470
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__Northern__ DIVISION

## CERTIFICATE OF SERVICE

I, Michael S. Burroughs, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 2nd day of January 20 08 to:

J. Scott Hooper; James H. Pike; and William A. Gunter

1/2/2008
Date

Signature