**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 3, 2008

# NOTICE OF CORRECTION

**From:    Clerk's Office**

**Case Style:    Cornelius et al v. The City of Andalusia et al**

**Case Number:    2:06cv00312-WKW**

**This Notice of Correction was filed in the referenced case this date to attach the correct PDF document previously attached to include a signature on the certificate of service page.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 50   filed on    January 02, 2008.**