IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| RANDY CORNELIUS, | § | |
| | § | |
| | § | |
| PLAINITFF | § | JURY TRIAL DEMANDED |
| | § | CASE NO. |
| VS | § | CV No.   2:06-cv-312 |
| | § | |
| THE CITY OF ANDALUSIA; | § | |
| | § | |
| ANDY WILLIS; and KEITH KIPP | § | |
| | § | |
| DEFENDANTS | § | |

### PLAINITFF'S SECOND MOTION FOR LEAVE TO AMEND COMPLAINT

COMES Now Plaintiff and moves this Honorable Court to grant leave for Plaintiff to amend the amended complaint to conform to the evidence, rules, and orders of this Honorable Court. Amended complaint attached as exhibit "A" to this motion.

Plaintiff respectfully request this motion be GRANTED.

/s/J. Scott Hooper

of counsel:
The Hooper Law Firm, PC
P.O. Box 230894
Montgomery, AL 36123-0894

## CERTIFICATE OF SERVICE

I, J. Scott Hooper, hereby certify that on January 7, 2008, I electronically served a copy of this document upon the clerk of this Honorable Court and the same is electronically served upon:

**James H. Pike**            jpike@comm-shealy.com

**Michael S. Burroughs**     efile@dbtech.net

**William A. Gunter**        william.gunter@dcnr.alabama.gov

                    /s/ J. Scott Hooper

# Exhibit "A"