IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____Northern_____ DIVISION

Randy Cornelius
_____,
 )
 )
Plaintiff, )
 )
v. )  CASE NO. 2:06-cv-312
 )
City of Andalusia et al )
_____ )
 )
Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW __Randy Cornelius__, a __Plaintiff__ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
|  |  |
|  |  |
|  |  |

1/7/2008
Date

(Signature) John Scott Hooper

John Scott Hooper
(Counsel's Name)

**Randy Cornelius**
Counsel for (print names of all parties)
Randy Cornelius

1409 Lindsey Bridge Road Andalusia, AL 36420
Address, City, State Zip Code

334-222-1624
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____Northern_____ DIVISION

**CERTIFICATE OF SERVICE**

I, __J. Scott Hooper_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by __electric mail filing_____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __7th____ day of __January_____ 20_08_ to:

| | |
|---|---|
| James H. Pike | jpike@comm-shealey.com |
| Michael S. Burroughs | efile@dbtech.net |
| William A. Gunter | william.gunter@dcnr.alabama.gov |

1/7/2008
Date

*[Signature: John Scott Hooper]*
Signature