**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                              TELEPHONE (334) 954-3600

January 9, 2008

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:   Cornelius et al v. The City of Andalusia et al

Case Number:   2:06cv00312-WKW

**This Notice of Correction was filed in the referenced case this date to attach the correct PDF document previously attached to include electronic signatures on the certificate of service pages.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 52   filed on   January 07, 2008.**