**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 9, 2008

# NOTICE OF ERROR

To:   All Counsel of Record

Case Style:   Cornelius et al v. The City of Andalusia et al

Case Number:   2:06cv00312-WKW

Referenced Pleading:   AMENDED DOCUMENT

Docket Entry Number:   53

**The referenced pleading was filed on \*\*\*January 07, 2008\*\*\* in this case and is hereby STRICKEN as an erroneous docket entry.**

**Parties are instructed to disregard #53 docketing entry, which has been stricken from the record as a docketing error.**