IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RANDY CORNELIUS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CASE NO. 2:06-CV-00312-WKW |
| | ) |
| CITY OF ANDALUSIA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### **ORDER**

By the court's order (Doc. # 45) dated December 19, 2008, plaintiff's attorney was to pay $300 to the State of Alabama in care of the assistant attorney general who represents Kipp on or before January 7, 2008 and file written notification with the court upon payment. There having been no notice filed, it is hereby ORDERED that counsel for the plaintiff **on or before January 16, 2008**, shall show cause in writing why counsel has failed to comply with the court's orders.

Moreover, upon consideration of plaintiff's Second Motion for Leave to File Second Amended Complaint (Doc. # 52), it is ORDERED that the motion is GRANTED. The plaintiff shall file electronically an exact duplicate of the Amended Complaint attached to the motion in accordance with the *Middle District of Alabama's Civil Administrative Procedures* **on or before January 16, 2008.**

DONE this 9th day of January, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE