IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RANDY CORNELIUS, ) | |
| CAMILLE and EDWARD ) | |
| JOHNSTON, as next friends of ) | |
| CASEY JOHNSTON, ) | |
| ) | |
| PLAINTIFFS, ) | |
| ) | CASE NO.: CV 2006 - 312 |
| v. ) | |
| ) | |
| THE CITY OF ANDALUSIA, ) | |
| ANDY WILLIS, and KEITH KIPP, ) | |
| ) | |
| DEFENDANTS. ) | |

**INITIAL DISCLOSURES OF DEFENDANT ANDY WILLIS**

In accordance with Rule 26(a)(1) of the Federal Rules of Civil Procedure, defendant Andy Willis makes the following initial disclosures:

**I.   Information Concerning Witnesses**

Willis know of the following witnesses who have information about one or more of the matters to be addressed in this case:

1.   Andy Willis, 25083 Sutton Road, Andalusia, AL 36421; (334) 222-5183. Willis has information concerning: (a) the leasing of hunting land belonging to Tex Powell; (b) Powell's request that Willis watch for unauthorized use of the land; (c) Willis' observations of plaintiff's activity on the day of the incident; (d) his conversation with plaintiff; (e) his telephone call to Keith Kipp; and (f) the incident between plaintiff and the police officers from the City of Andalusia.

2. Tony Willis, 25083 Sutton Road, Andalusia, AL 36421; 334-222-5183. Tony Willis is Anthony Willis's son. He has information about the same subjects.

3. Ben Porter, Florida address unknown; (850) 865-4827. Porter was hunting with Anthony Willis on the day of the incident and has similar information about those events.

4. Tex Powell, 201 Dr. Martin Luther King, Jr. Expressway, Andalusia, AL 36420; (334) 222-0505. Powell has information concerning Willis' use of his hunting land, and his conversation with Willis on the day of the incident.

5. Keith Kipp, who may be contacted through his attorney in this case. Kipp has information concerning: (a) Willis' telephone call to him; (b) his response to that call; and (c) the incident between plaintiff and the police officers.

6. The police officers and other employees of the City of Andalusia Police Department. These witnesses have information concerning the call from Keith Kipp to the department and the incident with plaintiff.

## II. Documents

Willis does not have any documents that are relevant to this case. However, he believes that the other defendants may have records concerning Kipp's telephone call to the Police Department and the Police Department's response to that call.

## III. Damages

Willis is not claiming damages in this case.

## IV. Insurance Agreement

At the time of the incident, Willis had homeowner's insurance coverage with Vesta Insurance Company. A copy of the declarations page from his policy is attached. Willis

had $100,000 in personal liability coverage with Vesta. However, since the incident, Vesta has entered into receivership. Willis is being provided a defense through the Alabama Insurance Guaranty Association. Although the Guaranty Association may provide coverage equal to Willis' coverage under his policy with Vesta, that coverage is subject to limitations imposed by the Guaranty Association. Among those limitations is the requirement that claimants must first exhaust their right to recover under other insurance that may be applicable to their claim.

                          MICHAEL S. BURROUGHS

                          /s/ *Michael S. Burroughs*
                          Attorney for Defendant Andy Willis
                          P.O. Box 1908
                          Tuscaloosa, AL 35403-1908
                          Telephone: (205) 349-5470
                          Facsimile: (205) 349-5220
                          E-mail: office@bandg.net
                          Atty. Code: BUR-029

## CERTIFICATE OF SERVICE

     I certify that I have served a copy of the foregoing document in the above-referenced case on January 17, 2008, by filing same electronically with the clerk of the court using the CM/ECF system, which will send notification of same to all attorneys of record.

                          /s/ *Michael S. Burroughs*