IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| RANDY CORNELIUS ) | |
| ) | |
| ) | Case No.: 2:06 CV 312- WKW |
| Plaintiff, ) | |
| ) | |
| V. ) | |
| ) | |
| CITY OF ANDALUSIA, ALABAMA et al. ) | |
| ) | |
| Defendants. ) | |

## AMENDED MOTION TO DISMISS

Pursuant to F.R.C.P. Rule 12(b)(6), defendant Keith Kipp (Kipp) moves the court to dismiss the second amended complaint herein for the following grounds:

1. The second amended complaint again fails to state a claim against Kipp upon which relief can be granted.

2. The second amended complaint again fails the heightened pleading requirement for § 1983 cases against individual government officials.

3. The second amended complaint fails to comply with the court's previous orders (Docs. # 11 and 53).

4. A brief in support of this motion is filed herewith.   .

                                                Respectfully submitted,

                                                 s/ William A. Gunter
                                                 William A. Gunter (GUN005)
                                                 Deputy Legal Counsel
                                                 Counsel for Kipp

Alabama Department of Conservation
and Natural Resources
Room 474
64 N. Union Street
Montgomery, Alabama 36130
(334) 242-3254  (OFFICE)
(334) 242-3167 (FAX)
william.gunter@dcnr.alabama.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John Scott Hooper
The Hooper Law Firm, P.C.
P.O. Box 230894
Montgomery, Alabama 36123-0894

Michael S. Burroughs
Burroughs & Guin, L.L.P.
P.O. Box 1908
Tuscaloosa, Alabama 35403-1908

James H. Pike
Cobb, Shealy, Crum & Derrick, P.A.
P.O. Box 6346
Dothan, Alabama 36302-6346

               Respectfully submitted,

               <u>s/ William A. Gunter</u>
               William A. Gunter (GUN005)