IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RANDY CORNELIUS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 2:06-cv-312-WKW |
| ) | |
| CITY OF ANDALUSIA, ) | |
| ALABAMA, et al., ) | |
| ) | |
| Defendants. ) | |

## MOTION TO DISMISS WITH PREJUDICE

Plaintiff Randy Cornelius moves to dismiss with prejudice his claims against the City of Andalusia, Alabama, with each party to bear its own costs.

The plaintiff specifically reserves all claims against defendants Keith Kipp and Andy Willis.

Counsel for the City of Andalusia consents to this motion.


s/ J. Scott Hooper
J. Scott Hooper (HOO027)
Attorney for Plaintiff
Randy Cornelius

OF COUNSEL:

THE HOOPER LAW FIRM, P.C.
P.O. Box 241943
Montgomery, Alabama  36124-1493
Tel. (334) 271-1555
Fax (334) 271-1552
E-mail: jshooper@knology.net

1

## CERTIFICATE OF SERVICE

I, J. Scott Hooper, certify that I have electronically served a copy of this document upon:

James H. Pike
Shealy, Crum & Pike, P.C.
P.O. Box 6346
Dothan, Alabama 36302-6346

Michael S. Burroughs
Burroughs & Guin, L.L.P.
P.O. Box 1908
Tuscaloosa, Alabama  35403-1908

William A. Gunter, IV
Alabama Department of Conversation and Natural Resources
64 North Union Street, Suite 474
Montgomery, Alabama  36130

**s/ J. Scott Hooper**
J. Scott Hooper