IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RANDY CORNELIUS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-00312-WKW |
| | ) | [wo] |
| CITY OF ANDALUSIA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

This case is before the court on Plaintiff's Motion to Dismiss with Prejudice (Doc. # 63) as to defendant City of Andalusia. It is ORDERED that:

1. The Motion to Dismiss with Prejudice (Doc. # 63) is GRANTED.

2. The claims against City of Andalusia are DISMISSED with prejudice and City of Andalusia is dismissed as a party to this action.

3. Plaintiff's claims as to defendants Keith Kipp and Andy Willis remain.

DONE this 28th day of February, 2008.

       /s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE