IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **RANDY CORNELIUS** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) Case No.: 2:06 CV- 312- DRB |
| **V.** | ) |
| | ) |
| **ANDY WILLIS and KEITH KIPP** | ) |
| | ) |
| **Defendants.** | ) |

## ANSWER OF KEITH KIPP

Defendant Keith Kipp answers the plaintiff's complaint as follows:

## JURISDICTION

Kipp admits that the Court has subject matter jurisdiction over this action.

## PARTIES

1. Kipp is without knowledge or information sufficient to form a belief as to the truth of Paragraph 1. Therefore, it is denied.

2. The city of Andalusia is no longer a party to this action.

3. Admitted.

4. Kipp admits that he is a game warden residing in Covington County, Alabama. He is not sure what plaintiff means by the phrase "subject to the claims made herein," so he denies that allegation.

5-10. Kipp lacks sufficient information to admit or deny these allegations. Therefore, they are denied.

11. Denied.

12.     Denied.

13.     Denied.

14.     Kipp admits that Cornelius was out of his vehicle and that Johnston remained inside, but denies the remaining allegations of this paragraph.

15.     Kipp admits that Willis witnessed part of the incident described in the complaint and that he discussed the matter with Willis.

16.     Admitted.

17.     Denied.

18.     Kipp admits that Cornelius was permitted to leave the scene of the incident and in fact did so, but he denies the remaining allegations of this paragraph.

19.     Kipp admits that he knows Willis and that Willis leases land across the road from the land where Willis saw plaintiff. He also admits that Willis called him about what Willis had observed on the land, but denies that the call was for the purpose of having plaintiffs arrested.

20.     Denied.

21.     Kipp incorporates his previous responses.

22.     Admitted.

23.     Denied.

24.     Denied

25.     Denied.

26-29.  This count has been dismissed.

30.     Denied.

33-36.  The City of Andalusia is no longer a party to this action.

41. Kipp incorporates his previous responses.

42. Denied.

43. Kipp incorporates his previous responses.

44. Denied.

45. Denied.

46. Kipp incorporates his previous responses.

47. Denied.

48. Denied.

## First Defense

The Court lacks jurisdiction over the claims against Kipp, or if jurisdiction exists, the Court should decline to exercise it.

## Second Defense

The complaint fails to state a claim upon which relief can be granted.

## Third Defense

Kipp claims all applicable immunities as defenses to this action including "qualified" immunity, "state-agent" immunity, and the statutory immunity of **Ala. Code** § 6-5-338 (1975).

## Fourth Defense

If plaintiff suffered any damage or injury (and Kipp denies that he did), his damage and injuries were the result of his conduct.

## Fifth Defense

Kipp pleads the defense of contributory negligence.

**Sixth Defense**

Kipp pleads justification as a defense, to include **Ala. Code** §§ 13A-3-22, -23, and -27 and 15-5-30 (1975).

    Respectfully submitted,

    s/ William A. Gunter
    William A. Gunter (GUN005)
    Deputy Legal Counsel
    Counsel for Kipp

Alabama Department of Conservation
and Natural Resources
Room 474
64 N. Union Street
Montgomery, Alabama 36130
(334) 242-3254  (OFFICE)
(334) 242-3167 (FAX)
william.gunter@dcnr.alabama.gov

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 22, 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: John Scott Hooper, Michael S. Burroughs

    s/ William A. Gunter
    William A. Gunter (GUN005)