IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RANDY CORNELIUS, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 2:06-cv-312-WKW |
| | ) |
| ANDY WILLIS, KEITH KIPP | ) |
| | ) |
| Defendants. | ) |

## JOINT RULE 26(f) REPORT

I.  Pursuant to Fed. R. Civ. P. 26(f), on June 16, 2008 the parties agreed on a discovery plan.

II.  Pre-Discovery Disclosures. The parties will exchange by July 31, 2008, the information required by Fed. R. Civ. P. 26(a)(1).

III.  Discovery Plan. The parties jointly propose to the Court the following discovery plan:

   A.  Discovery will be needed on the following subjects:

   1.  The facts and circumstances surrounding the events made the basis of this lawsuit;

   2.  Expert witness opinions; and

   3.  The damages claimed by the plaintiff.

   B.  All discovery should be commenced in time to be completed by February 2, 2009.

   C.  A maximum of forty interrogatories should be allowed by each party to any other party.

   D.  A maximum of forty requests for production of documents and tangible things should be allowed by each party to any other party.

    E.    A maximum of forty requests for admission should be allowed by each party to any other party.

    F.    A maximum of seven depositions should be allowed by each party.

    G.    Each deposition should be limited to a maximum of seven hours, unless extended by agreement of parties.

    H.    Reports from retained experts under Rule 26(a)(2) should be due:

        1.    From the plaintiff by August 28, 2008; and

        2.    From the defendants by September 19, 2008.

    I.    Supplementations under Rule 26(e) should be due October 10, 2008.

IV.    Other Items.

    A.    The parties do not request a conference with the Court before entry of the scheduling order.

    B.    The parties request a pretrial conference on February 2, 2009.

    C.    The plaintiff should be allowed until December 10, 2008, to join additional parties and to amend the pleadings.

    D.    The defendants should be allowed until December 30, 2008, to join additional parties and to amend the pleadings.

    E.    All potentially dispositive motions should be filed by November 18, 2008.

    F.    Settlement cannot be evaluated prior to November 18, 2008.

    G.    Final lists of witnesses and exhibits under Rule 26(a)(3) should be due from the plaintiff by February 2, 2009.

      H.    Final lists of witnesses and exhibits under Rule 26(a)(3) should be due from the defendants by February 2, 2009.

      I.    Parties should have fourteen days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

      J.    The case should be ready for trial by March 2, 2009, and at this time, is expected to take approximately three days.

Dated: June 12, 2008.

                                        **s/J. Scott Hooper**
                                        J. Scott Hooper (HOO027)
                                        Attorney for Plaintiff
                                        Randy Cornelius

OF COUNSEL:

THE HOOPER LAW FIRM, P.C.
P.O. Box 241943
Montgomery, Alabama 36124-1493
Tel. (334) 271-1555
Fax (334) 271-1552
E-mail: jshooper@knology.net

                                        **s/ Michael S. Burroughs**
                                        Michael S. Burroughs (BUR029)
                                        Attorney for Defendant
                                        Andy Willis

OF COUNSEL:

BURROUGHS & GUIN, L.L.P.
P.O. Box 1908
Tuscaloosa, Alabama 35403-1908
Tel. (205) 349-5470
Fax (205) 349-5220
E-mail: mike@bandg.net

                                          <u>s/William A. Gunter</u>
                                          Attorney for Defendant
                                          Keith Kipp

OF COUNSEL:

William A. Gunter
Chief Legal Counsel
Department of Conservation and Natural Resources
State of Alabama
Room 474
64 N. Union Street
Montgomery, Alabama 36104
(334) 242-3165 (main)
(334) 242-3254 (direct)
(334) 242-3167 (fax)
william.gunter@dcnr.alabama.gov