IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RANDY CORNELIUS, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO. 2:06-CV-312-WKW (WO) |
| | ) |
| CITY OF ANDALUSIA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the court, it is ORDERED and ADJUDGED that judgment is ENTERED in favor of Defendants, on Count One in the Second Amended Complaint (Doc. # 58).

It is further ORDERED that Cornelius's remaining state-law claims in Counts Three through Six of the Second Amended Complaint are DISMISSED, pursuant to 28 U.S.C. § 1367(c)(3).

It is further ORDERED that all costs herein incurred are TAXED against Cornelius, for which let execution issue.

DONE this 26th day of February, 2009.

                                           /s/   W.  Keith Watkins
                                   UNITED STATES DISTRICT JUDGE